S<small>MITH</small>, G<small>AMBRELL</small> & R<small>USSELL</small>, LLP
250 Park Avenue, Suite 1900
New York, New York 10177
Telephone: (212) 907-9700
Fax: (212) 907-9800
John G. McCarthy, Esq.
jmccarthy@sgrlaw.com
*Attorneys for Creditor*
  *3 West 16th Street, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                :
In re:                                          :    Chapter 11
                                                :
STEVEN J. ANCONA,                               :    Case No. 14-10532 (REG)
                                                :
                  Debtor.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that Smith, Gambrell & Russell, LLP hereby appears in the above-captioned case on behalf of 3 West 16th Street, LLC, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), request is hereby made that all notices given or required to be given in the above-captioned case and all papers served in the above-captioned case be given to and served upon the undersigned listed below:

> John G. McCarthy, Esq.
> Smith, Gambrell & Russell, LLP
> 250 Park Avenue, Suite 1900
> New York, New York 10177
> Tel: (212) 907-9700
> Fax: (212) 907-9800
> jmccarthy@sgrlaw.com

SGR/11745460.1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission or otherwise, that affects the debtor or the property of the debtor.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Documents, nor any later appearance, pleading, claim or suit shall constitute a waiver of: (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) the right to trial by jury in any proceeding related to this proceeding; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice; (v) an election of remedy; and (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
March 12, 2014

SMITH, GAMBRELL & RUSSELL, LLP

By: ___/s/ John G. McCarthy___
John G. McCarthy
*Attorneys for Creditor*
 *3 West 16th Street, LLC*
250 Park Avenue, Suite 1900
New York, New York 10177
Tel: (212) 907-9700
Fax: (212) 907-9800
jmccarthy@sgrlaw.com

SGR/11745460.1