UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                            Case No.: 14-10532

    STEVEN J. ANCONA                            Chapter 11

                        Debtor

-----------------------------------------------------------x

                        Plaintiff      Adversary Proceeding No.: _____

      v.

                        Defendant

-----------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Evan M. Moitoso_____, request admission, *pro hac vice*, before the
Honorable Robert E. Gerber_____, to represent 3 West 16th Street, LLC_____, a
creditor_____ in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of
New York_____ and, if applicable, the bar of the U.S. District Court for the _____
District of _____.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 10/30/2014_____

New York_____, New York

                                        _____

                              *Mailing Address:*

                              260 Madison Avenue_____

                              New York, New York, 10016_____

                              emoitoso@mclaughlinstern.com___

                              *E-mail address:* above_____

                              *Telephone number:* (212) 448-1100