UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                    Case No.: 14-10532

    STEVEN J. ANCONA                          Chapter 11
                              Debtor

------------------------------------------------------------x

                                          Adversary Proceeding No.: _____

                          Plaintiff

                    v.

                         Defendant

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of  Evan M. Moitoso  , to be admitted, *pro hac vice*, to represent  3 West 16th Street, LLC  , (the "Client") a  creditor  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  New York   and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

      **ORDERED**, that  Evan M. Moitoso  , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
 New York  , New York        /s/ _____
                                            UNITED STATES BANKRUPTCY JUDGE