UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

STEVEN J. ANCONA,

Debtor.
------------------------------------------------------------x

Chapter 11
Case No. 14-10532 (REG)

## NOTICE OF APPEARANCE
## PURSUANT TO FED. R. BANKR. P. 9010

Pursuant to Fed. R. Bankr. P. 9010, the undersigned enters an appearance for 3 West 16th Street, LLC, a creditor in this proceeding:

Jon Paul Robbins
McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, New York 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066
probbins@mclaughlinstern.com

Dated: New York, New York
December 17, 2014

McLAUGHLIN & STERN, LLP

By:    /s Jon Paul Robbins
Jon Paul Robbins, Esq.
260 Madison Avenue
New York, New York 10016
Telephone:    (212) 448-1100
Fax:    (212) 448-0066

*Counsel for 3 West 16th Street, LLC*