USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/20/19

UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x

| | |
|---|---|
| 3 WEST 16th STREET, LLC, | Case No. 1:18-cv-09458-ALC |
| Appellant, | Related Case Nos. |
| | 1:18-cv-09731-ALC |
| v. | 1:18-cv-09702-ALC |
| MARIANNE T. O'TOOLE, as Chapter 7 Trustee for the Estate of STEVEN J. ANCONA, | |
| Appellee. | |

---------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. BANKR. P. 8023 and FED. R. CIV. P. 41(a)(1)(A)(ii), Appellant 3 West 16th Street, LLC and Appellee Marianne T. O'Toole, as Chapter 7 Trustee for the Estate of Steven J. Ancona, hereby stipulate and agree that the above-referenced bankruptcy appeals, bearing Case Nos. 1:18-cv-09458-ALC, 1:18-cv-09731-ALC, and 1:18-cv-09702-ALC, respectively, shall be and hereby are dismissed with prejudice and without costs or attorneys' fees to any party as against any other party.

McLAUGHLIN & STERN, LLP

By: _____
Chester R. Ostrowski, Esq.

260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
costrowski@mclaughlinstern.com
*Attorneys for Appellant 3 West 16th Street, LLC*

Dated: September 19, 2019

LaMONICA HERBST & MANISCALCO, LLP

By: _____
Holly R. Holecek, Esq.

3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Tel.: (516) 826-0222
hrh@lhmlawfirm.com
*Attorneys for Appellee Marianne T. O'Toole, as Chapter 7 Trustee for the Estate of Steven J. Ancona*

Dated: September 19, 2019

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

9/20/19